JANUARY 4, 1950

**No. 53875.**—SUIT 4618.—Will & Baumer Candle Co., Inc. *v.* United States.——C. D. 1146 reversed November 7, 1949. C. A. D. 414.

BEFORE THE FIRST DIVISION, JANUARY 11, 1950

**No. 53876.**—B. Altman & Co. *v.* United States, protests 113897–K, 115622–K, and 147840–K (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53877.**—A. Oppenheimer Co., Inc. *v.* United States, protests 140580–K, etc. (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53878.**—J. Finkelstein & Son et al. *v.* United States, protests 146811–K (A), etc. (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53879.**—Koven Bros. *v.* United States, protest 152169–K (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 53880.**—D. C. Andrews & Co., Inc. *v.* United States, protest 146487–K (New York).

Opinion by COLE, J. When this case was called for hearing there was no appearance on behalf of the plaintiff. An examination of the official record disclosing nothing to disturb the decision of the collector, which was presumptively correct, the protest was overruled.

BEFORE THE THIRD DIVISION, JANUARY 11, 1950

**No. 53881.**—The American Import Company et al. *v.* United States, protests 85146–K, etc. (Los Angeles and Portland, Oreg.).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.